UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80139-MC-CANNON/Reinhart

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**BOCA VIEW CONDOMINIUM ASSOCIATION, INC.,**
**DIANA KUKA**, **ROSE WATKINS**,
**POINTE MANAGEMENT GROUP, INC.**
and **ERIC ESTEBANEZ**,

    Defendants.
_____/

**ORDER FOLLOWING HEARING**

**THIS CAUSE** comes before the Court following a hearing on the United States' Petition to Enforce Subpoenas Issued by the United States Department of Housing and Urban Development [ECF No. 1], held on April 20, 2022. For the reasons stated in open court, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. **On or before April 27, 2022**, the parties each may individually file any supplemental authority as discussed during the hearing.

2. The supplemental authority shall not exceed five (5) double-spaced pages and should be prepared in Times New Roman, 12-point fully justified font.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 20th day of April 2022.

                                                   AILEEN M. CANNON
                                                 UNITED STATES DISTRICT JUDGE

cc:    counsel of record