UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**CASE NO.: 9:22-mc-80139-AMC**

UNITED STATES OF AMERICA,

        Petitioner,

vs.

BOCA VIEW CONDOMINIUM
ASSOCIATION, INC., et. al.,

        Respondents.
_____/

## **MOTION TO WITHDRAW AS CO-COUNSEL**

The undersigned counsel, ANDREW G. TUTTLE, Esq. hereby moves to withdraw as co-counsel for Respondents, Boca View Condominium Association, Inc., Diana Kuka, Rose Watkins, Pointe Management Group, Inc., and Eric Estebanez (collectively, hereinafter referred to as the "Respondents"), and in support thereof, states as follows:

    1.    On April 21, 2023, the undersigned counsel co-filed a Request for Extension on behalf of the Respondents.  [D.E. 24]

    2.    Professional considerations and irreconcilable differences between the undersigned counsel and Respondents have arisen that require the undersigned to withdraw as counsel. *See* R. Regulating Fla. Bar 4-1.16.

    3.    Respondents continue to be represented by its lead counsel, John R. Sheppard, Jr., and the law firm of Fowler White Burnett, P.A., 515 N. Flagler Drive, Suite 2100, West Palm Beach, FL  33401, jsheppard@fowler-white.com.

    4.    The undersigned will provide a copy of this Motion to Withdraw to Respondents by e-mail (bocaviewboardprez@yahoo.com) *and* U.S. Mail to the following address:

CASE NO.: 9:22-mc-80139-AMC

    Diana Kuka, President
    Giuseppe Marcigliano, Vice President/Treasurer
    Boca View Condominium Association Board of Directors
    3600 S. Congress Avenue, Suite C
    Boynton Beach, FL 33426

**WHEREFORE**, undersigned counsel, ANDREW G. TUTTLE, Esq., respectfully requests that the Court enter an order granting this Motion and his withdrawal as counsel of record for Respondents, Boca View Condominium Association, Inc., Diana Kuka, Rose Watkins, Pointe Management Group, Inc., and Eric Estebanez.

    Respectfully submitted,

    /s/ Andrew G. Tuttle
    Andrew G. Tuttle
    Fla. Bar No. 118467
    Email: atuttle@fowler-white.com

    FOWLER WHITE BURNETT, P.A.
    Northbridge Centre, 515 North Flagler Drive
    Suite 2100
    West Palm Beach, Florida 33401
    Telephone:   (561) 802-9044
    Facsimile:   (561) 802-9976

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

CASE NO.: 9:22-mc-80139-AMC

- 3 -

Chantel R. Doakes, Esq.
Veronica Harrell-James, Esq.
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, FL 33132
E-Mail: chantel.doakes@usdoj.gov
veronica.harrell-james@usdoj.gov
Telephone: (305) 961-935
Attorneys for Petitioner

/s/ Andrew G. Tuttle
Andrew G. Tuttle.

CASE NO.: 9:22-mc-80139-AMC

## SERVICE LIST

CASE NO. 9:22-mc-80139-AMC

Chantel R. Doakes, Esq.
Veronica Harrell-James, Esq.
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, FL 33132
E-Mail: chantel.doakes@usdoj.gov
veronica.harrell-james@usdoj.gov
Telephone: (305) 961-9353
Attorneys for Plaintiff

John R. Sheppard, Esq.
Fowler White Burnett, Esq.
515 N. Flagler Drive, Suite 2100
West Palm Beach, FL 33401
E-Mail: jsheppard@fowler-white.com
Telephone: (561) 802-9044
Attorney for Defendants