UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:22-mc-80139 AMC

UNITED STATES OF AMERICA

        Petitioner,

v.

BOCA VIEW CONDOMINIUM
ASSOCIATION, INC., et al.,

        Respondent.

_____/

**RESPONDENT'S NOTICE OF COMPLIANCE**

Respondent, Boca View Condominium Association, Inc., by and through undersigned counsel, hereby give Notice of their Compliance with Court Orders dated March 16, 2023 Respondent produced unredacted documents on June 14, 2023, under Protective Order.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Chantel Doakes Shelton, Esq.
Veronica Harrell-James, Esq.
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, FL 33132
(305) 961.9327
Email: chantel.doakesshelton@usdoj.gov
Email: veronica.harrell-james@usdoj.gov

Respectfully submitted,

/s/ John R. Sheppard, Jr.
John R. Sheppard, Jr.
Fla. Bar No. 867152
Email: jsheppard@fowler-white.com

**FOWLER WHITE BURNETT, P.A.**
Northbridge Centre
515 North Flagler Drive, Suite 2100
West Palm Beach, Florida 33401
Telephone:   (561) 802-9044
Facsimile:    (561) 802-9976